UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEODAN CRUZ-HERNANDEZ, | No. 25-3984 |
| Petitioner, | Agency No. A098-948-457 |
| v. | |
| PAMELA BONDI, Attorney General, | ORDER |
| Respondent. | |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The request (Docket Entry No. 9) for an expedited ruling is granted.

This petition for review was improperly filed in the Ninth Circuit, because the immigration judge completed proceedings in the Eleventh Circuit. *See* 8 U.S.C. § 1252(b)(2) ("The petition for review shall be filed with the court of appeals for the judicial circuit in which the immigration judges completed proceedings.").

Because petitioner has filed a petition for review in the United States Court of Appeals for the Eleventh Circuit, we decline to transfer this duplicative petition. *See Bibiano v. Lynch*, 834 F.3d 966, 973-74 (9th Cir. 2016).

The government's motion (Docket Entry No. 8) to dismiss the petition is granted.

The motion to stay removal is denied. The temporary stay of removal is lifted.

**PETITION FOR REVIEW DISMISSED.**